THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARVEY STEMMER and DAVID KRAKOWER, Appellants, et al., Defendants.

Argued October 18, 1948; decided November 24, 1948.

*Harry G. Anderson* and *Harris B. Steinberg* for ·David Krakower, appellant.

*Joseph Lonardo* for Harvey Stemmer, appellant.

*Frank S. Hogan, District Attorney* (*Whitman Knapp, Charles W. Manning* and *William Hoppen* of counsel), for respondent.

Judgment affirmed. Upon this appeal the following question was presented and necessarily passed upon: The appellants contended that the receipt in evidence of wire tapped telephone calls was illegal because of section 605 of the Federal Communications Act of 1934 (U. S. Code, tit. 47, § 605). This court held to the contrary. (See *Matter of Harlem Check Cashing Corp.* v. *Bell,* 296 N. Y. 15.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.